IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LANA SAMPSON : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 11-4553 |
| METHACTON SCHOOL DISTRICT, : | |
| ET AL. : | |

**O R D E R**

**AND NOW**, this 12th day of February, 2015, upon consideration of Defendants Methacton School District, Timothy Quinn, Robert Harney, and Judith Landis's Motion for Summary Judgment (ECF No. 20), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED**, and Judgement is entered in favor of Defendants and against Plaintiff Lana Sampson.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ R. Barclay Surrick

_____
**R. BARCLAY SURRICK, J.**